FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 03 2022
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:22CR 00012 DPM |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| JARVIS PIPPEN, and | ) | |
| AUBREY BELL | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about March 3, 2022, the defendant,

JARVIS PIPPEN,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Residential Burglary, in Phillips County, Arkansas, Circuit Court in Case Number 54 CR 2012-43; and

2. Robbery and Possession with Intent to Deliver a Controlled Substance, in Phillips County, Arkansas, Circuit Court in Case Number 54 CR 2013-45.

B. On or about March 3, 2022, in the Eastern District of Arkansas, the defendant,

JARVIS PIPPEN,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1

1. a Glock, 43X, 9mm semi-automatic firearm, bearing serial number BUEC211; and

2. a Springfield Armory, XDM Elite, 9mm semi-automatic firearm, bearing serial number BA332525.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

A. On or about March 3, 2022, the defendant,

AUBREY BELL,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance, in Phillips County, Arkansas, Circuit Court in Case Number 54 CR 2012-81;

2. Battery in the Second Degree, in Yell County, Arkansas, Circuit Court in Case Number 75 SCR 2014-75; and

3. Possession of a Controlled Substance with Intent to Deliver, in Lonoke County, Arkansas, Circuit Court in Case Number 43 CR 18-167.

B. On or about March 3, 2022, in the Eastern District of Arkansas, the defendant,

AUBREY BELL,

knowingly possessed, in and affecting commerce, a firearm, that is: a Springfield

Armory, XD-9, Model 24.0, 9mm semi-automatic firearm, bearing serial number GM775718, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, the Defendant, JARVIS PIPEN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to, the following specific property:

1. a Glock, 43X, 9mm semi-automatic firearm, bearing serial number BUEC211; and

2. a Springfield Armory, XDM Elite, 9mm semi-automatic firearm bearing serial number BA332525.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 1 of this Indictment, the Defendant, AUBREY BELL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense including but not limited to, the following specific property: a Springfield Armory, XD-9, Model 24.0, 9mm semi-automatic firearm, bearing serial number GM775718.