IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            No. 2:22-cr-12-DPM

JARVIS PIPPEN and
AUBREY BELL                                                          DEFENDANTS

## ORDER

**1.** Pippen moves unopposed to continue his 27 June 2022 trial. He was arraigned last month; and his lawyer needs more time to review the evidence with Pippen, pursue pretrial matters, and prepare for trial. *Doc. 25.* Considering Pippen's diligence, the ends of justice are better served by granting a continuance so he can prepare for trial or a plea. And this interest outweighs both his and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 25*, and reschedules the trial for 24 April 2023 at 9:30 a.m. As to Pippen, the period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

**2.** The Indictment also charges Aubrey Bell. He has been arraigned; and there has been no severance. Bell's trial is therefore continued to 24 April 2023 too. As to Bell, the period of delay is excluded under 18 U.S.C. § 3161(h)(6).

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 June 2022