**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America**                                                                 **Plaintiff**

**v.**                                     **Case No.: 2:22–cr–00012–DPM**

**Aubrey Bell**                                                                               **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Change of Plea Hearing has been set in this case for April 17, 2023, at 02:00 PM before Magistrate Judge Beth Deere in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  April 5, 2023                          AT THE DIRECTION OF THE COURT
                                                  TAMMY H. DOWNS, CLERK


                                              **By:**  Sherri L. Black, Deputy Clerk



Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas