## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                              **Plaintiff**

**v.**                    Case No.: 2:22–cr–00012–DPM

**Aubrey Bell**                                                          **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that a Motion Hearing regarding Motion to Suppress (#55), has been set in this case for September 5, 2023, at 01:30 PM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** May 18, 2023                            AT THE DIRECTION OF THE COURT
                                                              TAMMY H. DOWNS, CLERK

                                                              **By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas