# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              No. 2:22-cr-12-DPM-2

AUBREY BELL                                                DEFENDANTS

### ORDER

The Court held a trial for Aubrey Bell beginning 29 January 2024. Bell appeared in person and through his attorney Michael Kaiser. The United States was present in the persons of Bart Dickinson and Jordan Crews. The Court seated and swore a twelve-person jury and one alternate.

The Court declared a mistrial for the reasons stated from the bench on the afternoon of January 30th. Trial is rescheduled to begin Monday, 26 February 2024, with a recess for Tuesday morning so that Bell's lawyer can attend a previously scheduled hearing in Helena in another case. The period of delay between the declaration of a mistrial and the new trial date is excluded by the Speedy Trial Act. 18 U.S.C. § 3161(h)(1);   *United States v. Van Someren*, 118 F.3d 1214, 1217 (8th Cir. 1997). The Court will schedule any needed hearings by separate notice.

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

30 January 2024